1. Rehbein v. Citimortgage, Inc., 040413 VAEDC, 2:13CV65

_United States District Court, Fourth Circuit     April 4, 2013_

...The Plaintiff Has No Enforcement Rights Under the National Mortgage Settlement On March 12, 2012, the United States Department...

...was filed, the parties reached a settlement (the "National Mortgage Settlement"), which was memorialized by a Consent

2. Pugh v. Bank of America, 070213 TNWDC, 13-2020

_United States District Court, Sixth Circuit     July 2, 2013_

...have standing to bring a claim under the National Mortgage Settlement; (3) have raised claims that fail as a...

...Plaintiffs Have Not Brought A Claim Under the National Mortgage Settlement Defendants argue that Plaintiffs lack standing

3. Coe v. Holder, 061813 DCDC, 13-cv-184 (RLW)

_United States District Court, District Circuit     June 18, 2013_

...Plaintiffs recently moved unsuccessfully to intervene in the National Mortgage Settlement." (Dkt. No. 2-1, at 13).[2] II...

...part on a purported claim to enforce the National Mortgage Settlement, an attempt that has already been

4. Coe v. Holder, 061813 DCDC, 13-cv-184 RLW

_United States District Court, District Circuit     June 18, 2013_

...Plaintiffs recently moved unsuccessfully to intervene in the National Mortgage Settlement." (Dkt. No. 2-1, at 13).[2] II...

...part on a purported claim to enforce the National Mortgage Settlement, an attempt that has already been

5. Winterbower v. Wells Fargo Bank, N.A., 032713 CACDC, SA CV 13-0360-DOC-MLGx

*United States District Court, Ninth Circuit    March 27, 2013*

...Second, Wells Fargo is a party to the National Mortgage Settlement, a settlement reached in
United States of America...

...sale as to its determination on the application. National Mortgage Settlement, Second RJN Ex.
3, at A-

6. Allen v. JP Morgan Chase Bank, NA, 072512 CACDC, CV 11-3609 AHM (CWx)

*United States District Court, Ninth Circuit    July 25, 2012*

...and a February 9, 2012, Federal Reserve Board National Mortgage Settlement Agreement,
which sanctions Chase Bank for the same...

...from the Consent Cease & Desist Order and the National Mortgage Settlement Agreement. (Pls.
Mot. 12:14-16

7. Marley v. Bank of America, 092512 MADC, 10-10885-GAO

*United States District Court, First Circuit    September 25, 2012*

...N.E.2d 1118 (Mass. 2012) nor the National Mortgage Settlement alters the Court's reasoning.
The settlement does...

...

8. Marley v. Bank of America, 092512 MADC, 10-10885-GAO

*United States District Court, First Circuit    September 25, 2012*

...N.E.2d 1118 (Mass. 2012) nor the National Mortgage Settlement alters the Court's reasoning.
The settlement does...

...

9. Bell v. Countrywide Bank N.A., 072612 UTDC, 2:11-CV-00271-BSJ

*United States District Court, Tenth Circuit    July 26, 2012*

...Br. at 2 ("it is clear that the National Mortgage Settlement bars the exact claims [the Attorney General] wishes...

...

1. In re Morrow, 062613 ILNBC, 12bk26246

---

*United States Bankruptcy Court, N.D. Illinois, Eastern Division     June 26, 2013*

...with prominent financial institutions (collectively, the so-called "National Mortgage Settlement"), alleged violations of state and federal law were...

...modification. Dual tracking is expressly prohibited by the National Mortgage Settlement.Creditors who allow a debtor to

*condo assn seeking relief from stay*

**Forecite:** Fastcase has identified 3additional decisions that may be relevant to your research topic, but do not contain one or more of your search terms.

Cited Within   Cited Generally

1.

Collapse all results Expand all results

What's Forecite?

View Results                                                     Patent Pending

| | | | Cited Within | Cited Generally |
|---|---|---|---|---|
| 🔍 100% | **1. Morones v. Brain (Ariz. App., 2013)** | March 12, 2013 | 0 | 0 |
| | IT IS FURTHER ORDERED denying Petitioners relief. We find the Attorney General's transfer of $50 million of the State Direct Payment Settlement from the national mortgage settlement consent judgment to the Legislature for appropriation was not an abuse of his discretion. 1 | | | |
| 🔍 50% | **2. JP Morgan Chase Bank, Nat'l Ass'n v. Ackley (Iowa App., 2013)** | April 24, 2013 | 0 | 0 |
| | HAMP. The Ackleys also argued Chase lacked clean hands due to noncompliance with the National Mortgage Settlement (NMS). | | | |
| 🔍 50% | **3. In re Certification of Need for Additional Judges, 105 So.3d 1271 (Fla., 2012)** | December 20, 2012 | 0 | 0 |
| | Workload associated with the residential mortgage foreclosure crisis continues to impede disposition times and rates in our circuit civil divisions. Due to the severity and protracted nature of the crisis, our trial courts continue to struggle with heavy pending caseloads and the slow resurgence of foreclosure filings. Further, this crisis has had a ripple effect on the workload of other court divisions as chief judges and administrative judges allocate limited court resources to address demand ... | | | |

© 1999-2013 Fastcase, Inc.  Privacy Policy | Terms of Service | Scope of Coverage