

HOME | AGENDAS & MINUTES | SITE MAP | FAQS | CALENDAR

ABOUT NORTH SMITHFIELD | HOW DO I...? | NEWS & EVENTS | TOWN LINKS | TOWN GOVERN

**Town Departments**
- Health & Public Safety
  - Prevention Task Force
- Animal Control Department
  - Adopt A Pet
  - Directions to Animal Control Department
- Building/Inspection/Zoning
  - Building / Inspection / Zoning FAQs
  - Building/Inspection/ Zoning Forms, Permits & Applications
- Department of Public Works
  - DPW FAQs
  - Parks & Recreation
  - Trash & Recycling
  - Water & Sewer Department
    - Sewer News
    - Directions to Water & Sewer Department
  - Directions to DPW
- EMA / Homeland Security
  - EMA Community Programs
  - EMA FAQs
  - EMERGENCY PREPAREDNESS INFORMATION
  - From EMA
- Finance Department
  - Financial Documents
- Municipal Court
- Fire Department
- Planning Department
  - Comprehensive Plan, Land Development Regulations and Zoning
  - Planning FAQs
  - Planning Forms & Applications
- Police Department
  - Police FAQs
  - Police Forms and Applications
  - Police Sponsored Organizations
  - Registered Sex Offenders
  - Useful Information
- School Department
- Taxes -- Property, Water, Sewer

Town Departments > Taxes -- Property, Water, Sewer > From Tax Assesso

# From Tax Assessor & Collector

To see your tax bill online, visit www.vgsi.com

This will tell you what your taxes are. Go to Tax Books. Inforr

To see your real estate assessment visit: http://nereval.con town=North+Smithfield

We now utilize the Patroit System.

## 2013 Tax Rates

| | |
|---|---|
| Real Estate | $15.86/1000 |
| Motor Vehicle | $37.62/1000 |
| Commercial Property | $17.57/1000 |
| Tangible/Personal Property | $42.75/1000 |

Retail and Wholesale Inventory is exempt from assessment.

Sewer Use $393.00/year per EDU
Water rate is $5.85/1000 gallons

## Payments methods

By mail at: Town of North Smithfield
Office of Tax Collector 575 Smithfield Rd. No. Smithfield, RI (

In person or drop box located at 575 Smithfield Rd. (after hou entrance)

Credit card or e-check payments accepted by internet @ www payments can be made by calling 1-866-727-2860

## CREDIT CARD FEE SCHEDULE

Credit card payment convenience fees @ www.riegovernment.c

| From | To | Fee |
|---|---|---|

- From Tax Assessor & Collector
- Tax Assessor & Collector FAQs
- Tax Forms, Permits, Applications -- Property / Water / Sewer
- Town Clerk
  - From the Town Clerk Overview
  - Forms, Permits & Applications
  - Business Registration Process
  - DPW Forms
  - Sewer Forms, Permits & Applications
  - Tax Forms, Applications and Permits
  - FAQs

| | | |
|---|---|---|
| $1.00 | $49.99 | $3.00 |
| $50.00 | $99.99 | $5.00 |
| $100.00 | $199.99 | $7.00 |
| $200.00 | $299.99 | $10.00 |
| $300.00 | $399.99 | $12.00 |
| $400.00 | $499.99 | $15.00 |
| $500.00 | $599.99 | $18.00 |
| $600.00 | $699.99 | $21.00 |
| $700.00 | $799.99 | $24.00 |
| $800.00 | $899.99 | $27.00 |
| $900.00 | $999.99 | $30.00 |
| $1,000.00 | $5,000.00 | 3.00% |



We do not allow the taxpayer to pay over $5,000 in one trans

Credit card payment convenience fees @ 1-866-727-2860

2.95 % of amount paid RP, MV TG

$2.40　　Sewer Use

$4.10　　Sewer Assessment

$22.95　Commercial Water

$10.75　Residential Water

**Note:** Interest is calculated on the total outstanding balance ǎ last due date or satisfied quarter which ever is later.

PO Box 248 | One Main Street | Slǎ

© Copyright 2012,Town of North Smithfield, RI. All

Website Design

**NORTHEAST REVALUATION GROUP LLC**

## North Smithfield
(Summary Data - may not be Complete Representation of Property)

**NORTHEAST REVALUATION GROUP LLC**

| | | |
|---|---|---|
| Parcel: 017-038 | Location: 1621 OLD SMITHFIELD RD | Owner: OVERDEEP WILLIAM R |
| Account: 1870 | User Acct: 15-0261-10 | LUC: 02 |

### Parcel Values

| | | | | |
|---|---|---|---|---|
| Total: $420,500 | Land: $202,800 | Land Area: 5.405 AC | Building: $217,700 | Assessed: $420,500 |

### Sales Information

| Book and Page | Instrument Type | Date | Price | Grantor |
|---|---|---|---|---|
| | | 01/01/1900 | $0 | |
| 22-276 | | 01/28/1922 | $0 | ALDRICH MARY |
| 42-297 | | 03/14/1941 | $0 | FORAND JEAN BAPTISTE & EXILDA |
| 47-93 | | 04/15/1944 | $0 | WRIGHT JOSEPH |
| 49-349 | | 03/06/1947 | $0 | COURNOYER ARMAND A |
| 50-276 | | 06/21/1948 | $0 | COURNOYER ARMAND & CECILE 1/2 INT |
| 84-664 | | 06/19/1974 | $0 | DAUPHINAIS JOHN & ALBERTA |
| 129-659 | | 06/27/1990 | $0 | DAUPHINAIS ELLA B 1/2 INT |
| 145-54 | | 10/27/1992 | $0 | HEROUX KEITH & CAREY DEBRA A J/T |
| 206-1026 | | 11/01/2000 | $188,000 | HEROUX KEITH & DEBRA A T/E |

| | | | |
|---|---|---|---|
| Building Type: Historic | Year Built: 1775 | Grade: B- | Condition: AV |
| Finished Area: 3,134.2 SF | Heat Fuel: Oil | Heat Type: BB Hot Wtr | % Air Conditioned: 0 |
| Gross Area: 6,882 SF | Fireplaces: 1 | Exterior Wall: Clapboard | Bsmnt Garage: |
| Roof Cover: Asphalt | # of Units: 2 | # of Rooms: 10 | # of Bedrooms: 4 |
| Full Bath: 2 | 3/4 Baths: 0 | 1/2 Baths: 0 | |

### Yard Item(s)

| Description | Quantity | Size | Year | Condition | Quality | Value |
|---|---|---|---|---|---|---|
| AG Pool | 1 | 18 | 2000 | AV | 3 | $0 |
| Deck | 1 | 112 | 2004 | AV | 3 | $1,900 |
| Deck | 1 | 40 | 1998 | AV | 3 | $1,000 |
| Garage | 1 | 432 | 1950 | AV | 3 | $5,800 |
| Lean-To | 1 | 153 | 1998 | AV | 3 | $700 |
| Shed Frame | 1 | 910 | 1950 | AV | 3 | $4,100 |

### Building Areas

| Area | Total Sketched Area | Total Finished Area |
|---|---|---|
| Attic, Unf | 1,064 SF | |

Disclaimer: This information is believed to be correct but is subject to change and is not warranted