
OCWEN

June 17, 2013

Wells Fargo Bank, N.A.
9062 Old Annapolis Road
Columbia, MD 21045
(410) 884-2043

Re:    PSA Modification Restriction Waiver for Specific Loans in Mediation.

To Whom It May Concern:

As the Servicer of the SABR 2004-OP1 ("Trust"), Ocwen respectfully requests that the Trustee deliver the attached letter to the Depositor and Certificateholders ("Parties") of the Trust with the June 2013 Trustee reports. Capitalized terms used in this letter and not defined herein shall have the meanings set forth in the applicable Pooling and Servicing Agreement ("PSA").

Additionally, we request that Ocwen be notified of any Certificate holder that notifies the Trustee that it has approved or denied a waiver of a PSA modification restriction to permit a modification for a specific mediated case. In cases where a certificate holder approves a waiver of a modification restriction for a specific mediated case, we will begin incorporating the change to our servicing practices for these specific cases effective **August 1, 2013**.

We are also willing to review program specifics and discuss any questions that you or the Certificateholders may have. For more information, please contact your Ocwen Investor Relations representative directly or call Michael Yanniello in our Investor Relations Department at 561-682-7975. You may also direct written responses to the below address:

>    Ocwen Financial Corporation
>    Attn: Michael Yanniello
>    Subject: PSA Modification Restriction Waiver for Specific Loans in Mediation
>    1661 Worthington Road, Suite 100
>    West Palm Beach, FL 33409

Regards,

Ronald M. Faris
CEO / President



OCWEN

June 17, 2013

Wells Fargo Bank, N.A.
9062 Old Annapolis Road
Columbia, MD 21045
(410) 884-2043

Re:   PSA Modification Restriction Waiver for Specific Loans in Mediation.

To Whom It May Concern:

As the Servicer of the SABR 2004-OP1 ("Trust"), Ocwen respectfully requests that the Trustee deliver the attached letter to the Depositor and Certificateholders ("Parties") of the Trust with the June 2013 Trustee reports. Capitalized terms used in this letter and not defined herein shall have the meanings set forth in the applicable Pooling and Servicing Agreement ("PSA").

Additionally, we request that Ocwen be notified of any Certificate holder that notifies the Trustee that it has approved or denied a waiver of a PSA modification restriction to permit a modification for a specific mediated case. In cases where a certificate holder approves a waiver of a modification restriction for a specific mediated case, we will begin incorporating the change to our servicing practices for these specific cases effective **August 1, 2013**.

We are also willing to review program specifics and discuss any questions that you or the Certificateholders may have. For more information, please contact your Ocwen Investor Relations representative directly or call Michael Yanniello in our Investor Relations Department at 561-682-7975. You may also direct written responses to the below address:

> Ocwen Financial Corporation
> Attn: Michael Yanniello
> Subject: PSA Modification Restriction Waiver for Specific Loans in Mediation
> 1661 Worthington Road, Suite 100
> West Palm Beach, FL 33409

Regards,

Ronald M. Faris
CEO / President



OCWEN

June 17, 2013

SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2004-OP1

Re:   Pooling and Servicing Modification Restriction Waiver for Specific Loans in Mediation.

To whom it may concern:

As your servicer, Ocwen Financial Corporation takes seriously our responsibility to act in your best interest. Our mediation team has been receiving court orders from judges within the states of Connecticut and New York to waive pooling and servicing agreement ("PSA") modification restrictions in specific mediated cases. To expedite resolutions of mediated cases, we are requesting that you, as the investor for the aforementioned deal, approve a waiver of the applicable PSA modification restrictions.

**Upon receipt of your approval, we will include modification alternatives in loss mitigation solutions for specific mediated cases, effective August 1, 2013.** We shall pursue a modification only in the event the loan is part of a specific mediated case.

We are happy to review program specifics and discuss any questions you may have. For more information contact your Ocwen Investor Relations representative directly or call Michael Yanniello in our Investor Relations Department at 561-682-7975. You may also direct written responses to the below address:

>Ocwen Financial Corporation
>Attn: Michael Yanniello
>Subject: PSA Modification Restriction Waiver for Specific Loans in Mediation
>1661 Worthington Road, Suite 100
>West Palm Beach, FL 33409

Regards,

Ronald M. Faris

CEO / President