*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

In Re: William R. Overdeep and Cynthia C. Overdeep

Debtor(s)

BK No. 1:13−bk−10051

Chapter 7

### *ORDER VACATING REQUEST FOR LOSS MITIGATION*

Upon the request to participate in the Loss Mitigation Program filed by the Debtors as to the Debtors' residence, located at 1621 Old Smithfield Rd, North Smithfield, RI , and on 3/4/2014 , the court entered an Order (doc# 18 ) granting the Debtors' request to participate in loss mitigation, and after hearing held on 11/20/2013 , and for the reasons stated on the record, it is hereby ORDERED that Loss Mitigation Proceedings are Terminated Without Prejudice.

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **11/21/13**

Entered on Docket: **11/21/13**
Document Number: **61**

ovaclm.jsp #750

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*